IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| JONAS MATHIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:11-CV-160 (MTT) |
| Judge HUGH P. THOMPSON, et al., | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 5). The Magistrate Judge recommends dismissing the Plaintiff's complaint for failure to file within the applicable limitations period. The Plaintiff has filed an objection to the Recommendation. (Doc. 6). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Petitioner objects.

The Recommendation is adopted and made the order of this Court. The action is **DISMISSED**.

**SO ORDERED,** this 10th day of June, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT